ACCEPTED
01-13-00233-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/2/2015 4:12:32 PM
CHRISTOPHER PRINE
CLERK

CASE NO. 01-13- 00233-CV

_____

IN THE COURT OF APPEALS
FIRST JUDICIAL DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/2/2015 4:12:32 PM

CHRISTOPHER A. PRINE
Clerk

_____

JAY H. COHEN, INDIVIDUALLY AND AS TRUSTEE OF THE JHC
TRUSTS I AND II, Appellant

v.

NEWBISS PROPERTY, LP, Appellee

_____

On Appeal from the
234th Judicial District Court of Harris County, Texas
Cause No. 2010-20973-B

NOTICE OF APPEARANCE OF SPECIAL LITIGATION COUNSEL

TO THE HONORABLE COURT OF APPEALS:

NOW COME Charles M.R. Vethan and Joseph L. Lanza of the Vethan Law Firm PC, and hereby file this appearance as Special Litigation Counsel for Ron Sommers Chapter 7 Trustee for Alabama & Dunlavy, Ltd., Flat Stone II, Ltd., and Flat Stone, Ltd. in the above-styled matter.

Counsel requests that all copies of all notices on all matters and all papers served or required to be served in this case, including all documents required to be served upon all Parties be given to and served upon said counsel at the undersigned address.

PLEASE TAKE FURTHER NOTICE that Ron Sommers Chapter 7 Trustee for Alabama & Dunlavy, Ltd., Flat Stone II, Ltd., and Flat Stone, Ltd. requests the Clerk of

the Court place the names and addresses of the undersigned attorneys on any service list to be prepared or existing in this cause.

Respectfully submitted,

VETHAN LAW FIRM, PC

By: /s/ Charles M.R. Vethan
Charles M.R. Vethan
Texas Bar No. 00971852
Joseph L. Lanza
Texas Bar No. 00784447
3501 Allen Parkway
Houston, Texas 77019
Tel (713) 526-2222
Fax (713) 526-2230
edocs@vwtexlaw.com
**Attorneys for Ron Sommers Chapter 7 Trustee for Alabama & Dunlavy, Ltd., Flat Stone II, Ltd., and Flat Stone, Ltd.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 2, 2015, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in these cases via this Court's ECF notification system, and via First Class U.S. Mail upon all parties listed on the attached Service List.

/s/ Charles M.R. Vethan
Charles M.R. Vethan